STATE OF NEBRASKA, APPELLEE, V. ANTHONY LOPEZ, APPELLANT.

461 N.W.2d 740

Filed November 2, 1990.   No. 89-761.

Thomas M. Kenney, Douglas County Public Defender, and Thomas C. Riley for appellant.

Robert M. Spire, Attorney General, and Kenneth W. Payne for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

On the bases of the briefs, the record, and the recommendation of the Appellate Division of the District

481

Court and because of the erroneous admission of evidence by the trial court and erroneous and prejudicial questioning by the prosecutor, the judgment of the district court is reversed and the cause remanded for a new trial.

REVERSED AND REMANDED FOR A NEW TRIAL.

WHITE, J., dissents.